Estelle CLARK, Claimant/Appellant,

v.

AMERICAN NATIONAL INSURANCE
COMPANY, Employer/Respondent.

No. 67436.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 17, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 20, 1995.

Estelle Clark, St. Louis, pro se.

David J. Reynolds, Jr., Evans & Dixon, St. Louis, for respondent.

Before CRAHAN, P.J., and CRANDALL and AHRENS, JJ.

### ORDER

PER CURIAM.

Claimant, Estelle Clark, appeals from the final award of the Labor and Industrial Relations Commission which denied her claim for workers' compensation.

We have reviewed the record. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record and no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).

The judgment of the Labor and Industrial Commission is affirmed.